| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| CENTRAL DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____   Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Omni Specialized, LLC** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-1569189** | |
| 4. | Debtor's address | **Principal place of business**  **20812 E. 550th Street**  **Colona, IL 61241**  Number, Street, City, State & ZIP Code  **Henry**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.omnispecialized.com/** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Omni Specialized, LLC** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **4842**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Omni Specialized, LLC** _____ Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Omni Specialized, LLC**
Name                                                             Case number (*if known*)

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 29, 2017**
              MM / DD / YYYY

**X** **/s/ Thomas Witt**                                    **Thomas Witt**
Signature of authorized representative of debtor             Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Gregory S. Otsuka**                    Date   **May 29, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Gregory S. Otsuka**
Printed name

**Hellmuth & Johnson, PLLC**
Firm name

**8050 West 78th Street**
**Edina, MN 55439**
Number, Street, City, State & ZIP Code

Contact phone   **952-941-4005**        Email address   **gotsuka@hjlawfirm.com**

**6270388 IL**
Bar number and State

## United States Bankruptcy Court
### Central District of Illinois

In re  **Omni Specialized, LLC**                                        Case No.
                              Debtor(s)                                 Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Thomas Witt**, declare under penalty of perjury that I am the **Manager** of **Omni Specialized, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 29 day of May, 2017.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thomas Witt**, **Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thomas Witt**, **Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas Witt**, **Manager** of this Corporation is authorized and directed to employ **Gregory S. Otsuka # 6270388 MN**, attorney and the law firm of **Hellmuth & Johnson, PLLC** to represent the corporation in such bankruptcy case."

Date  May 29, 2017                                  Signed  */s/ Thomas Witt*
                                                            **Thomas Witt**

WRITTEN RESOLUTION OF
OMNI HOLDINGS, LLC, SOLE MEMBER OF
OMNI SPECIALIZED, LLC

WHEREAS, the undersigned constitute a majority of the members of Goodyear Acquisitions, LLC, a Nevada limited liability company ("Goodyear"), which is the sole member of Omni Holdings, LLC, a Nevada limited liability company ("Omni Holdings"), which is the sole member of Omni Specialized, LLC, a Nevada limited liability company (the "Company" and collectively, the "Companies");

WHEREAS, pursuant to the consent granted by the majority of the members of Goodyear, Omni Holdings hereby consents to the following resolution pursuant to Articles 5.3 of the Operating Agreements of the aforementioned Companies;

WHEREAS, Omni Holdings has considered the financial and operational conditions of the Company's business;

WHEREAS, Omni Holdings has reviewed the historical performance of the Company, the market for the Company's services, and the current and long-term liabilities of the Company;

WHEREAS, Omni Holdings has reviewed, considered, and received the recommendations and the advice of the Company's professionals and advisors with respect to potential avenues for relief that are available to the Company, including the possibility of pursuing a restructuring or an orderly liquidation of the Company's business and assets under Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, THEREFORE, that in the business judgment of Omni Holdings after consideration of the alternatives presented to it and the recommendations of the Company's professionals and advisors that it is in the best interests of the Company, its creditors, members and other interested parties, that a voluntary petition be filed by the Company under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of Illinois (or any other district where venue is proper); and it is

FURTHER RESOLVED, that the Manager(s) of the Company are hereby authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which the Company deems necessary or proper to obtain such relief; and it is

FURTHER RESOLVED, that the Company be, and hereby is, authorized and directed to employ, and does hereby confirm and ratify any prior employment of, the law firm of Hellmuth & Johnson, PLLC ("H&J"), as general bankruptcy counsel to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including filing any necessary or required pleadings or documents in connection

therewith, and the Company is hereby authorized to execute appropriate retention agreements, and pay appropriate retainers prior to the filing of a petition under the Bankruptcy Code; and it is

FURTHER RESOLVED, that the Company is authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses necessary or appropriate in order to carry out fully the intent and accomplish the purpose and intent of the foregoing resolutions; and it is

FURTHER RESOLVED, that all actions taken by the Company prior to the date hereof in connection with the possible reorganization and/or liquidation of the Company or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned have executed this written consent as of the day, month, and year set forth below.

MEMBERS:

Date: 5.29.17   _____
Donald Orr, Individually

Date: 5/29/17   _____
Thomas Witt, Individually

Fill in this information to identify the case:

Debtor name: **Omni Specialized, LLC**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Agree Transport** <br> **1987 NE 54th Avenue** <br> **Des Moines, IA 50313** | | **Business Debt** | | | | **$80,700.00** |
| **Ameriquest** <br> **2651 Warrenville Road, Ste 560** <br> **Downers Grove, IL 60515** | | **Business Debt** | | | | **$100,000.00** |
| **Crossroads Equip't Lease and Fin., LLC** <br> **9385 Haven Avenue** <br> **Rancho Cucamonga, CA 91730** | | **Lease Arrears** | | | | **$179,905.17** |
| **Earl L. Henderson Trucking** <br> **Joshua Kaburick** <br> **8118 Bunkum Road** <br> **Caseyville, IL 62232** | | **Promissory Note** | | | | **$500,000.00** |
| **Great West Casualty Company** <br> **1100 West 29th Street** <br> **PO Box 277** <br> **South Sioux City, NE 68776** | | | | | | **$188,349.00** |
| **INTERNAL REVENUE SERVICE** <br> **PO BOX 7346** <br> **PHILADELPHIA, PA 19101** | | **Unpaid payroll taxes** | | | | **$700,000.00** |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor  **Omni Specialized, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jay-Trux, Inc. d/b/a Jorgensen Bros. Trucking 700 Prairie Hurley, SD 57036-0392** | | **Business Debt** | **Contingent Unliquidated Disputed Subject to Setoff** | | | $60,725.00 |
| **Laurie R. Stranczek 15220 S. Halstead St. Harvey, IL 60426-2344** | | **Promissory Note** | | | | $250,000.00 |
| **P2 Leasing, Inc. 4453 E. 56th Street Davenport, IA 52807** | | **Promissory Note** | | | | $677,347.00 |
| **P2 Leasing, Inc. 4453 E. 56th Street Davenport, IA 52807** | | **Lease Arrears** | | | | $0.00 |
| **Quarles & Brady, LLP 33 East Main Street, Ste. 900 Madison, WI 53703-3095** | | **Legal Services** | **Subject to Setoff** | | | $107,422.46 |
| **Robert Stranczek 15220 S. Halstead St. Harvey, IL 60426-2344** | | **Business Debt** | | | | $220,000.00 |
| **Tennant Land Holdings, Inc. 4453 E. 56th Street Davenport, IA 52807** | | **Lease** | | | | $0.00 |
| **Tennant Logistics, Inc. 4453 E. 56th Street Davenport, IA 52807** | | **Lease** | | | | $0.00 |
| **Tennant Logistics, Inc. 4453 E. 56th Street Davenport, IA 52807** | | **Promissory Note** | **Subject to Setoff** | | | $1,500,000.00 |
| **Total Solutions, Inc. 4453 E. 56th St. Davenport, IA 52807** | | **Business Debt** | | | | $0.00 |
| **Transport Permits, Inc. 1906 Grand Ave. West Des Moines, IA 50265** | | | | | | $18,500.00 |

# United States Bankruptcy Court
## Central District of Illinois

In re: **Omni Specialized, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 29, 2017**

**/s/ Thomas Witt**
**Thomas Witt**/**Manager**
Signer/Title

# United States Bankruptcy Court
## Central District of Illinois

In re   **Omni Specialized, LLC**                                                           Case No.
                                    Debtor(s)                                                Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Omni Specialized, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**4887981 Manitoba Ltd**
**41510 North Congressional Drive**
**Anthem, AZ 85086**

**Goodyear Acquisitions, LLC**
**c/o Cogency Global, Inc.**
**321 W. Winnie Lane #104**
**Carson City, NV 89703**

**Omni Holdings, LLC**
**c/o Cogency Global, Inc.**
**321 W. Winnie Lane #104**
**Carson City, NV 89703**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 29, 2017** | **/s/ Gregory S. Otsuka** |
| Date | **Gregory S. Otsuka** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Omni Specialized, LLC** |
| | **Hellmuth & Johnson, PLLC** |
| | **8050 West 78th Street** |
| | **Edina, MN 55439** |
| | **952-941-4005 Fax:952-941-2337** |
| | **gotsuka@hjlawfirm.com** |