**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| OMNI SPECIALIZED, LLC, | ) | Case No. 17-80801 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**APPOINTMENT AND NOTICE OF APPOINTMENT
OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

The United States Trustee appoints the following individuals to the Unsecured Creditors' Committee at the present time:

CLIFF BECKHAM, PRESIDENT
EARL L. HENDERSON TRUCKING
8118 BUNKUM ROAD
CASEYVILLE, IL 62232
Phone:   618-623-0057
Fax:   251-216-9948
Email:   cliffb@elhtc.com

ROBERT STRANCZEK
11611 DIAMOND COURT
FRANKFORT, IL   60423
Cell: 708-243-5891
Email:   bobs17@comcast.net

Dated:   June 5, 2017

Respectfully submitted,

NANCY J. GARGULA
United States Trustee

 /s/ *Sabrina M. Petesch*
Sabrina M. Petesch
Attorney for U.S. Trustee

Office of United States Trustee
United States Department of Justice
401 Main Street, Suite 1100
Peoria, IL 61602
(309) 671-7854 ext. 228

## CERTIFICATE OF SERVICE

    The Undersigned certifies that a copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served electronically upon Debtor's counsel and all parties who have entered electronic appearances in this case by CM/ECF, and a copy was also served upon the following persons, by email and United States First-Class Mail, postage prepaid, on June 5, 2017 at the following addresses:

CLIFF BECKHAM, PRESIDENT  
EARL L. HENDERSON TRUCKING  
8118 BUNKUM ROAD  
CASEYVILLE, IL 62232

ROBERT STRANCZEK  
11611 DIAMOND COURT  
FRANKFORT, IL   60423

A paper copy was also provided by U.S. Mail to the remaining creditors on Debtor's List of 20 Largest Unsecured Creditors.

    Respectfully submitted,  
    NANCY J. GARGULA  
    United States Trustee

     /s/ *Sabrina M. Petesch*  
    Sabrina M. Petesch  
    Attorney for U.S. Trustee

Office of United States Trustee  
United States Department of Justice  
401 Main Street, Suite 1100  
Peoria, IL 61602  
(309) 671-7854 ext. 228