**GetTucker**

20114 IL Rt 16

Nokomis, IL  62075 US

tucker@gettucker.com

www.gettucker.com



# INVOICE

**BILL TO**

Reinbold Law Firm

**INVOICE #** 1019

**DATE** 08/29/2017

**DUE DATE** 09/28/2017

**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Computer Service**<br>Data retrieval, PC wipe, Windows 7 Install | 25 | 50.00 | 1,250.00 |
| **Hard Drive**<br>4TB Hard Drive | 1 | 130.00 | 130.00 |
| **Refund**<br>We did not use all of the data on the hard drive. I have marked 20$ off your bill.  Due to the fact that we could have saved 20$ buying a lower tier hard drive. | 1 | -20.00 | -20.00 |

**BALANCE DUE**          **$1,360.00**