UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 17-80801 |
| OMNI SPECIALIZED, LLC ) | |
| ) | Chapter 7 |
| Debtor(s) ) | |

MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO SELL ESTATE PROPERTY
PURSUANT TO 11 U.S.C. § 363

Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of Omni Specialized, LLC ("Trustee"), hereby moves the Court to enter an order pursuant to 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 authorizing the Trustee to sell assets of the Debtor's bankruptcy estate. In support of this motion, the Trustee states as follows:

1. On May 29, 2017, the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the United States Bankruptcy Code. The case was converted to a proceeding under chapter 7 on June 22, 2017.

2. The assets of the Debtor's estate include approximately 36 to 37 Qualcomm/Omnitacs Vehicle Tracking Systems that have been surrendered to the Trustee, including 35 antenna, 60 EZ Passes and miscellaneous cables ("Assets").

3. The Trustee was previously authorized to employ Aumann Auctions, Inc. ("Aumann") as auctioneer in this case to assist the Trustee with securing, preparing an inventory, and evaluating the value of property items in this case. The Trustee's second application to employ Aumann to sell remaining assets in this case is pending.

4. The Trustee proposes a online auction of the Assets concluding on December 11, 2017 at 7:00 p.m. at 20114 IL Route 16, Nokomis, IL 62075 be conducted by Aumann.

5. TAB Bank is believed to have a valid security interest in personal property items of the Debtor. However, it is believed the security interest of TAB has been satisfied in full from collections of accounts receivables in this case, with the only issue remaining the amount of TAB's

1

allowed claim (See Court Doc. 233). Therefore, TAB is expected not to be seeking to enforce its security interest against any personal property items in this case and provide any releases needed to complete the sale contemplated by this motion.

6. Aumann would receive a commission of fifteen percent (15%) of the gross sales price of the Assets, plus a ten percent (10%) buyer's premium, subject to approval of the Court.

7. The proceeds of the sale would be submitted to the Trustee by Aumann and be available for the payment of allowed administrative, priority and general unsecured claims in this case.

8. The Trustee asks that she be authorized to execute any documents necessary to transfer the Assets to the successful high bidder(s).

9. The Trustee believes that a sale of the Assets would be the most effective way to liquidate the Assets, and that the proposed sale as set forth herein would be in the best interests of the Debtors' estate and its creditors.

10. The Trustee asks the Court, pursuant to Fed. R. Bankr. P. 6004(h) to make the order authorizing the sale motion effective upon entry and not subject to a 14-day stay.

WHEREFORE, the Trustee respectfully prays that the Court enter an order:

A. Authorizing the sale of the Assets under the terms set forth herein;

B. Authorizing the Trustee to execute any and all documents necessary to sell and transfer the Assets;

C. Providing that the order authorizing the sale become effective upon entry and waiving the 14-day stay provided by Fed. R. Bankr. P. 6004(h); and

D. Granting such and further relief as the Court may deem just.

        Respectfully submitted,

        Jeana K. Reinbold, solely as Chapter 7
        Trustee of the Estate of Omni Specialized,
        LLC

Dated: November 20, 2017        /s/ Jeana K. Reinbold
        Jeana K. Reinbold
        P.O. Box 7315
        Springfield, IL 62791-7315
        (217) 241-5629

## CERTIFICATE OF SERVICE

    I do hereby certify that I have caused to be served a copy of the foregoing MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORITY TO SELL ESTATE PROPERTY PURSUANT TO 11 U.S.C. § 363 as set forth below.

Dated: November 20, 2017        /s/ Jeana K. Reinbold
        Jeana K. Reinbold

**By CM/ECF:**

Michael Alan Becker on behalf of Creditor Tennant Truck Lines
mab@mabeckerlaw.com

Daniel Churchill on behalf of Creditor P2 Leasing, Inc.
cclaw@churchillfirm.com

Daniel Churchill on behalf of Creditor Tennant Land Holdings, Inc.
cclaw@churchillfirm.com

Daniel Churchill on behalf of Creditor Tennant Logistics, Inc.
cclaw@churchillfirm.com

Mark Churchill on behalf of Creditor P2 Leasing, Inc.
cclaw@churchillfirm.com, mchurchill@churchillfirm.com;dchurchill@churchillfirm.com

Mark Churchill on behalf of Creditor Tennant Land Holdings, Inc.
cclaw@churchillfirm.com, mchurchill@churchillfirm.com;dchurchill@churchillfirm.com

Mark Churchill on behalf of Creditor Tennant Logistics, Inc.
cclaw@churchillfirm.com, mchurchill@churchillfirm.com;dchurchill@churchillfirm.com

Mark Churchill on behalf of Creditor Total Solutions, Inc.
cclaw@churchillfirm.com, mchurchill@churchillfirm.com;dchurchill@churchillfirm.com

Thomas Edward Cundick, Jr. on behalf of Creditor Crossroads Equipment Lease and Finance, LLC

tec@princeyeates.com

Dale G Haake on behalf of Creditor P2 Leasing, Inc.
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Dale G Haake on behalf of Creditor Tennant Land Holdings, Inc.
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Dale G Haake on behalf of Creditor Tennant Logistics, Inc.
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Thomas E Howard on behalf of Creditor Diane Square White
tehoward@howardandhoward.com, sconaway@howardandhoward.com

Karl Joseph Johnson on behalf of Debtor Omni Specialized, LLC
kjohnson@hjlawfirm.com

Brian David Jones on behalf of Creditor Great West Casualty Company
bdjones@sorlinglaw.com

Brian David Jones on behalf of Creditor Joe Morten & Son, Inc.
bdjones@sorlinglaw.com

Brian David Jones on behalf of Creditor Old Republic Union Insurance Company
bdjones@sorlinglaw.com

Matthew D Lee on behalf of Creditor CNH Industrial America LLC
mdlee@foley.com, pwunsch@foley.com

Douglas Lindstrom on behalf of Creditor Quad City Bank & Trust Company
dlindstrom@l-wlaw.com, kmefferd@l-wlaw.com

Brett R Marshall on behalf of Creditor Deere & Company
bmarshall@l-wlaw.com, kmefferd@l-wlaw.com

Brett R Marshall on behalf of Creditor Quad City Bank & Trust Company
bmarshall@l-wlaw.com, kmefferd@l-wlaw.com

Matthew McClintock on behalf of Creditor Committee Official Committee of Unsecured Creditors
mattm@goldmclaw.com, teresag@restructuringshop.com;seanw@restructuringshop.com

Jeffrey C McDaniel on behalf of Creditor Crossroads Equipment Lease and Finance, LLC
jcm@Brookslawfirmpc.com, jan@brookslawfirmpc.com

Gregory Otsuka on behalf of Debtor Omni Specialized, LLC
gotsuka@hjlawfirm.com, jsatter@hjlawfirm.com;jsamples@hjlawfirm.com

Sabrina M Petesch on behalf of U.S. Trustee U.S. Trustee
sabrina.m.petesch@usdoj.gov

David A Rolf on behalf of Creditor Great West Casualty Company
darolf@sorlinglaw.com

David A Rolf on behalf of Creditor Joe Morten & Son, Inc.
darolf@sorlinglaw.com

David A Rolf on behalf of Creditor Old Republic Union Insurance Company
darolf@sorlinglaw.com

James B. Sowka on behalf of Creditor BTR Biddle, LLC
jsowka@seyfarth.com

James B. Sowka on behalf of Creditor Biddle Street Owner LP, as assignee of BTR Biddle, LLC
jsowka@seyfarth.com

Stephen A Tagge on behalf of Creditor Great West Casualty Company
satagge@sorlinglaw.com, vlbayless@sorlinglaw.com

Stephen A Tagge on behalf of Creditor Joe Morten & Son, Inc.
satagge@sorlinglaw.com, vlbayless@sorlinglaw.com

Stephen A Tagge on behalf of Creditor Old Republic Union Insurance Company
satagge@sorlinglaw.com, vlbayless@sorlinglaw.com

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

Steven Thomas Waterman on behalf of Creditor Transportation Alliance Bank, Inc. dba TAB Bank
waterman.steven@dorsey.com

Sean P. Williams on behalf of Creditor Committee Official Committee of Unsecured Creditors
seanw@restructuringshop.com, teresag@restructuringshop.com